NICOLA TETI, Appellant, v. JAMES F. LEAHY, Respondent.— Judgment so far as appealed from affirmed, with costs. All concurred.

MARY ELLEN LONG, as Sole Administratrix, etc., Respondent, v. PENNSYLVANIA RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. All concurred.

FRANK B. HODGES and Others, as Trustees, etc., Respondents, v. OSWEGO CITY SAVINGS BANK, Appellant.— Interlocutory judgment affirmed, with costs, with leave to defendant to plead over within twenty days upon payment of costs of the demurrer and of this appeal. All concurred.

GEORGE REDMAN, Respondent, v. PENNSYLVANIA RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. All concurred.

HAROLD GREENSTEIN, Appellant, v. INTERNATIONAL RAILWAY COMPANY, Respondent.— Order affirmed, with costs. All concurred.

S. RAE HICKOK, Respondent, v. WILLIAM R. GANTLEY and Another, Appellants.— Judgment and order affirmed, with costs. All concurred.

JOHN DZINGELEWSKI, as Administrator, etc., Respondent, v. THE CITY OF SYRACUSE, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.

JOHN S. LAPP, Respondent, v. THE LOCKE INSULATOR MANUFACTURING COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.

In the Matter of CHARLES M. GAFFNEY, an Attorney and Counselor at Law.— Petition granted and order of disbarment entered against the said Charles M. Gaffney.

MANION BROTHERS COMPANY, INC., Respondent, v. SENECA ENGINEERING COMPANY, Appellant, and DANIEL M. BEACH, Defendant.— Motion granted and appeal dismissed, with costs.

NEIL & PARMALEE Co., INC., Appellant, v. ELMER E. SHARP, Respondent. — Appeal dismissed, without costs, upon stipulation filed.

BERTHA J. EYSAMAN, Individually and as Executrix, etc., Respondent, v. WALTER NELSON and Others, Appellants, Impleaded, etc.— Appeal dismissed, without costs, upon stipulation filed.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ERNEST WARD, Appellant.— Judgment of conviction affirmed. All concurred.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JUSTUS GAYNES, Appellant.— Judgment of conviction affirmed. All concurred.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH TURPIN, Appellant.— Judgment of conviction affirmed. All concurred.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK SALAMA, Appellant.— Judgment of conviction affirmed. All concurred.